UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JORDDY QUEZADA | : | NO.: |
| v. | : | |
| JOSE R. RODRIGUEZ LOPEZ, et al | : | MAY 30, 2025 |

## NOTICE OF REMOVAL

To the United States District Court for the District of Connecticut:

Pursuant to 28 U.S.C. §§ 1441 and 1446, the defendants, Jose R. Rodriguez Lopez and New Image Transport, Inc., hereby give notice that they have removed this action from the Superior Court of Connecticut, Judicial District of Bridgeport at Bridgeport for the following reasons:

1. The plaintiff commenced the instant action against the undersigned defendants, Jose R. Rodriguez Lopez and New Image Transport, Inc., by service of a Summons and Complaint dated April 29, 2025. On May 7, 2025, service was made on New Image Transport, Inc. by way of its agent for service, Orestes Machado, Jr., by certified mail, return receipt to 8321 NW 90th Street, Miami, FL 33166. On May 7, 2025, service was made on the defendant, Jose Rodriguez Lopez, by certified mail, return receipt to 5480 W24th Avenue, Apartment 118, Hialeah, FL 33016 and also was served by way of Commissioner of Motor Vehicles.

2. The Summons & Complaint was returned to Superior Court for the Judicial District of Bridgeport at Bridgeport on May 28, 2025.

3. The above-described action is a civil action and is one which may be removed to the Court by the petitioner, defendants therein, pursuant to the provisions of 28 U.S.C. § 1441 and 28 U.S.C. § 1332 in that the plaintiff, Jorddy Quezada, is a citizen of the State of Connecticut, the defendant, Jose R. Rodriguez Lopez, is a citizen of the

State of Florida, and the defendant, New Image Transport, Inc., is a Florida corporation with its principal place of business in the State of Florida.

4. The plaintiff, Jorddy Quezada's, complaint Statement of Demand states that his demand is greater than $15,000.00. He claims numerous injuries, some or all of which he claims may be permanent in nature. These injuries include: fractured leg, fractured heel, fractured ribs, acute musculoligamentous sprain/strain of the cervical spine, acute musculoligamentous sprain/strain of the thoracic spine, acute musculoligamentous sprain/strain of the lumbar spine, severe post-traumatic headaches, multiple bruises, and mental and physical pain and suffering. Plaintiff also claims that he incurred medical expenses, lost wages from his employment, loss of earning capacity and may incur expenses for medical care and treatment in the future. Due to the nature of these injuries and the fact that some or all may be permanent in nature, the amount in controversy in this case is greater than $75,000.

5. Attached hereto, in compliance with 28 U.S.C. §1446(a), are complete and accurate copies of the process and pleadings received by the defendant as follows: (a) Summons; (b) Complaint; and (c) a statement of amount in demand.

6. The defendants deny all the plaintiff's allegations of damages and liability.

7. Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the plaintiff and the defendants and the amount in controversy is greater than $75,000.

WHEREFORE, the petitioners pray that the above action now pending in Superior Court located at 1061 Main Street, Bridgeport, Connecticut, be removed therefrom to this Court.

                DEFENDANTS,
                JOSE R. RODRIGUEZ LOPEZ and
                NEW IMAGE TRANSPORT, INC.

By  /s/ *Rachel M. Bradford*
    Rachel M. Bradford
    Ct29531
    Howd & Ludorf, LLC
    100 Great Meadow Road
    Suite 201
    Wethersfield, CT 06109
    Ph:  (860) 249-1361
    Fax:  (860) 249-7665
    E-mail: rbradford@hl-law.com

## **CERTIFICATION**

      This is to certify that on May 30, 2025, a copy of the foregoing Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

George D'Amico, Esquire
Miller, Rosnick, D'Amico,
August & Butler
1087 Broad Street
Bridgeport, CT 06604
george@millerandrosnick.com

                /s/ *Rachel M. Bradford*
                Rachel M. Bradford

# SUMMONS - CIVIL
JD-CV-1 Rev. 2-25
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

For information on ADA accommodations, contact the Centralized ADA Office at 860-706-5310 or go to: www.jud.ct.gov/ADA/

**STATE OF CONNECTICUT**
**JUDICIAL BRANCH**
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 1061 MAIN STREET, BRIDGEPORT, CT 06604 | (203) 579-6527 | 6/10/25 |

☒ Judicial District   ☐ Housing Session   G.A. Number: ___   At (City/Town): BRIDGEPORT
Case type code: Major: **V**   Minor: **01**

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented | Juris number |
|---|---|
| Miller, Rosnick, D'Amico, August & Butler, 1087 Broad Street, Bridgeport, CT 06604 | 038116 |

Telephone number: (203) 334-0191
Signature of plaintiff (if self-represented): 

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case. Any attorney who is not exempt from e-filing is required to accept electronic delivery. (Practice Book Section 10-13)   ☒ Yes   ☐ No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book: george@millerandrosnick.com

| Parties | Name (Last, First, Middle Initial) and address of each party | |
|---|---|---|
| First plaintiff | Name: QUEZADA, JORDDY<br>Address: 79 BENEDICT STREET, NORWALK, CT 06850 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: RODRIGUEZ LOPEZ, JOSE R.<br>Address: 5480 W 24TH AVE, APARTMENT 118, HIALEAH, FL 33016 | D-01 |
| Additional defendant | Name: NEW IMAGE TRANSPORT INC.<br>Address: A/F/S: ORESTES MACHADO JR.: 8321 NW 90TH STREET, MIAMI, FL 33166 | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

Total number of plaintiffs: 1    Total number of defendants: 2    ☐ Form JD-CV-2 attached for additional parties

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney. **The court staff is not allowed to give advice on legal matters.**

ATTEST
BRIAN R. WRIGHT
STATE MARSHAL
HARTFORD COUNTY

| Date | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court ☐ Clerk | Name of person signing |
|---|---|---|---|
| 4/29/2025 | | | GEORGE P. D'AMICO, ESQ. |

**If this summons is signed by a Clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only
File Date

I certify I have read and understand the above:
Signed (Self-represented plaintiff)   Date   Docket Number

Print Form    Page 1 of 2    Reset Form

**Instructions**

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.
2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.
3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.
4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.
5. Use this summons for the case type codes shown below.
    Do *not* use this summons for the following actions:
    (a) Family matters (for example divorce, child support, custody, parentage, and visitation matters)
    (b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
    (c) Applications for change of name
    (d) Probate appeals
    (e) Administrative appeals
    (f) Proceedings pertaining to arbitration
    (g) Summary Process (Eviction) actions
    (h) Entry and Detainer proceedings
    (i) Housing Code Enforcement actions

**Case Type Codes**

| MAJOR DESCRIPTION | CODE | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 70 | Dissolution of Lien Upon Substitution of Bond |
| | C 50 | Uninsured/Underinsured Motorist Coverage | | P 90 | All other |
| | C 60 | Uniform Limited Liability Company Act - C.G.S. 34-243 | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 90 | All other | | T 03 | Defective Premises - Private - Other |
| Eminent Domain | E 00 | State Highway Condemnation | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 12 | Defective Premises - Public - Other |
| | E 20 | Other State or Municipal Agencies | | T 20 | Products Liability - Other than Vehicular |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 28 | Malpractice - Medical |
| | E 90 | All other | | T 29 | Malpractice - Legal |
| Housing | H 00 | Housing - Summary Process | | T 30 | Malpractice - All other |
| | H 03 | Housing - Deceased Tenants - Summary Process | | T 40 | Assault and Battery |
| | H 10 | Housing - Return of Security Deposit | | T 50 | Defamation |
| | H 12 | Housing - Rent and/or Damages | | T 61 | Animals - Dog |
| | H 20 | Housing - Housing Code Enforcement | | T 69 | Animals - Other |
| | H 30 | Housing - Entry and Detainer | | T 70 | False Arrest |
| | H 40 | Housing - Audita Querela/Injunction | | T 71 | Fire Damage |
| | H 50 | Housing - Administrative Appeal | | T 90 | All other |
| | H 60 | Housing - Municipal Enforcement | | | |
| | H 70 | Housing - Bed Bug Infestation | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | H 87 | Housing - Denied Fee Waiver Appeal | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | H 90 | Housing - All Other | | V 05 | Motor Vehicles* - Property Damage only |
| Miscellaneous | M 00 | Injunction | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 10 | Receivership | | V 09 | Motor Vehicle* - All other |
| | M 15 | Receivership for Abandoned/Blighted Property | | V 10 | Boats |
| | M 20 | Mandamus | | V 20 | Airplanes |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 30 | Railroads |
| | M 40 | Arbitration | | V 40 | Snowmobiles |
| | M 50 | Declaratory Judgment | | V 90 | All other |
| | M 63 | Bar Discipline | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | Wills, Estates and Trusts | W 00 | Probate Appeals |
| | M 68 | Bar Discipline - Inactive Status | | W 10 | Construction of Wills and Trusts |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | W 90 | All other |
| | M 75 | Foreign Subpoena - C.G.S. 52-657 | | | |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | | |
| | M 83 | Small Claims Transfer to Regular Docket | | | |
| | M 84 | Foreign Protective Order | | | |
| | M 85 | Civil Protection Order | | | |
| | M 87 | Denied Fee Waiver Appeal | | | |
| | M 88 | Application for Pro Hac Vice for State or Municipal Agency/Board | | | |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | | |
| | M 90 | All other | | | |

| | | |
|---|---|---|
| RET. 2ND TUESDAY, JUNE 2025 | : | SUPERIOR COURT |
| JORDDY QUEZADA | : | J.D. OF BRIDGEPORT |
| VS. | : | AT BRIDGEPORT |
| JOSE R. RODRIGUEZ LOPEZ and NEW IMAGE TRANSPORT INC. | : | APRIL 29, 2025 |

## COMPLAINT

### FIRST COUNT:

1. On or about February 3, 2025, at approximately 12:42 a.m., the Plaintiff, JORDDY QUEZADA, was operating a motor vehicle in a northerly direction on Interstate 95 northbound, rest area, a public highway, in Fairfield, Connecticut.

2. At said time and place, the Defendant, JOSE R. RODRIGUEZ-LOPEZ, was the operator of a tractor trailer owned by the Defendant, NEW IMAGE TRANSPORT INC., which was also proceeding in a northerly direction on Interstate 95, rest area and parked his vehicle in a fire lane no parking zone.

3. At said time and place it was snowing and as the Plaintiff was exiting the I-95 northbound to the rest area he was caused to violently collide with the Defendant's parked tractor trailer causing the injuries and damages hereinafter set forth.

LAW OFFICES
LER, ROSNICK, D'AMICO,
UGUST & BUTLER, P.C.
1087 BROAD STREET
BGEPORT, CT 06604-4262
(203) 334-0191
JURIS # 38116

1

4. At said time and place, the Defendant, JOSE R. RODRIGUEZ-LOPEZ, was the agent, servant and/or employee of the Defendant, NEW IMAGE TRANSPORT INC., and he was acting within the scope and course of his agency and/or employment.

5. Said occurrence and the resulting injuries were caused by the negligence and/or carelessness of the Defendant, JOSE R. RODRIGUEZ-LOPEZ, in one or more of the following respects:

    a. in that he illegally parked his tractor trailer in a travel lane during a snow storm;

    b. in that he parked his tractor trailer so that it was impeding traffic including the Plaintiff;

    c. in that he was parked in the no parking travel lane of the rest area;

    d. in that he was inattentive and failed to keep a proper lookout;

    e. in that he parked his tractor trailer in a travel lane during a snow storm;

    f. in that he failed to properly park his tractor trailer;

    h. in that he did not use the degree of care which reasonable and prudent person would have used under like circumstances.

LAW OFFICES
.LER, ROSNICK, D'AMICO,
\UGUST & BUTLER, P.C.
1087 BROAD STREET
)GEPORT, CT 06604-4262

(203) 334-0191

JURIS # 38116

2

5.  As a result of the negligence and/or carelessness of the Defendant, JOSE R. RODRIGUEZ-LOPEZ, the Plaintiff, JORDDY QUEZADA, sustained the following injuries some of which may be permanent;

   a.  acute musculoligamentous sprain/strain of the cervical spine;

   b.  acute musculoligamentous sprain/strain of the thoracic spine;

   c.  acute musculoligamentous sprain/strain of the lumbar spine;

   d.  fractured leg;

   e.  fractured heel;

   f.  fractured ribs;

   g.  severe posttraumatic headaches;

   h.  multiple bruises, lacerations, and sprains about the body, head and limbs.

6.  As a further result of the Defendant's negligence, the Plaintiff received a severe shock to his nervous system, from all of which injuries or the effects thereof the Plaintiff has suffered, and will suffer, great pain and mental anguish. He has been unable, and never will be able, to get about as a well person, and she has been, and will be, deprived of many of the usual pleasures, pursuits, diversions and recreations of life, and has had to, and will have to, give up many physical pursuits.

LAW OFFICES
.LER, ROSNICK, D'AMICO,
.UGUST & BUTLER, P.C.
1087 BROAD STREET
)GEPORT, CT 06604-4262
(203) 334-0191
JURIS # 38116

3

7. As a further result of the Defendant's negligence, the Plaintiff has incurred and will incur expenses for medical care for physical therapy, x-rays, medicines and supplies, all of which will cause his great loss and damages.

8. As a further result, the Plaintiff sustained and will sustain a loss of earnings and loss of earning capacity.

WHEREFORE, the Plaintiff claims:

1. Compensatory damages; and,

2. Any and all remedies which in law or equity may appertain.

THE PLAINTIFF

By_____
GEORGE P. D'AMICO
MILLER, ROSNICK & D'AMICO,
AUGUST & BUTLER, P.C.
1087 Broad Street
Bridgeport, CT 06604
Phone: (203) 334-0191
Fax: (203) 334-3463
Juris No. 038116

ATTEST:
BRIAN R. WRIGHT
STATE MARSHAL
HARTFORD COUNTY

LAW OFFICES
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4262
(203) 334-0191
JURIS # 38116

4

| | |
|---|---|
| RET. 2ND TUESDAY, JUNE 2025 | : SUPERIOR COURT |
| JESSICA CRUZ | : J.D. OF BRIDGEPORT |
| VS. | : AT BRIDGEPORT |
| JOSE R. RODRIGUEZ LOPEZ and NEW IMAGE TRANSPORT INC. | : APRIL 29, 2025 |

## AMOUNT IN DEMAND

The amount, legal interest or property in demand is FIFTEEN THOUSAND AND NO/100 DOLLARS ($15,000.00) DOLLARS or more exclusive of interest and costs.

The Plaintiff further claims double or treble damages pursuant to Connecticut General Statutes §14-295.

THE PLAINTIFF

By_____
GEORGE P. D'AMICO
MILLER, ROSNICK & D'AMICO,
AUGUST & BUTLER, P.C.
1087 Broad Street
Bridgeport, CT 06604
Phone: (203) 334-0191
Fax: (203) 334-3463
Juris No. 038116

ATTEST:
BRIAN R. WRIGHT
STATE MARSHAL
HARTFORD COUNTY

LAW OFFICES
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4262
(203) 334-0191
JURIS # 38116

5

STATE OF CONNECTICUT  )

                                          )   SS: HARTFORD     May 7, 2025

COUNTY OF HARTFORD  )


THEN and by virtue hereof and by direction of the plaintiff's attorney, I made due and legal service upon the within named defendant by depositing in the post office at Hartford, Connecticut postage paid, certified return receipt requested a true attested verified copy of the original SUMMONS CIVIL, COMPLAINT with my doings thereon endorsed, addressed to the within named defendant at his last known address.

New Image Transport, Inc.

Orestes Machado, Jr.

8321 NW 90th Street, Miami, FL 33166

Mail Receipt Card Number: 9589 0710 5270 2039 3712 40

ALSO, THEN and by virtue hereof and by direction of the plaintiff's attorney, I made due and legal service upon the within named defendant by leaving a verified true and attested copy of the within original SUMMONS CIVIL, COMPLAINT and the required fee of TWENTY ($20.00) Dollars, at least twelve (12) days before the session of the Court to which this writ is returnable at the Commissioner of Motor Vehicles who is the duly authorized Agent and Attorney for the within named defendant.

Jose Rodriguez Lopez

5480 W 24th Avenue, Apartment 118, Hialeah, FL 33016

ALSO, THEN and by virtue hereof and by direction of the plaintiff's attorney, I made due and legal service upon the within named defendant by depositing in the post office at Hartford, Connecticut postage paid, certified return receipt requested a true attested verified copy of the original SUMMONS CIVIL, COMPLAINT with my doings thereon endorsed, addressed to the within named defendant at his last known address.

Jose Rodriguez Lopez

5480 W 24th Avenue, Apartment 118, Hialeah, FL 33016

Mail Receipt Card Number: 9589 0710 5270 2039 3788 43

THE WITHIN IS THE ORIGINAL SUMMONS CIVIL, COMPLAINT WITH MY DOINGS HEREON ENDORSED.

FEES:

VERIFIED COPIES:$21.00

ENDORSEMENTS:$4.50

SERVICE:$100.00

TRAVEL:$11.58

POSTAGE$19.92

DMV:$20.00

TOTAL:$177.00

ATTEST:

_____
CT STATE MARSHAL

COUNTY OF HARTFORD

**Brian R. Wright**

Connecticut State Marshal

45 Wyllys Street, Hartford, CT 06106    860-883-5832